⬥PROB 12C
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE



## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   NANCY SHARON MITCHELL                           Case Number:   1:00CR10005-003

Name of Sentencing Judicial Officer:   HONORABLE JAMES D. TODD, CHIEF U.S. DISTRICT COURT JUDGE

Date of Original Sentence:   07/21/00

Original Offense:   CONSPIRACY AND POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, A SCHEDULE II CONTROLLED SUBSTANCE; 21 U.S.C. § 846

Original Sentence:   57 MONTHS IN CUSTODY, 3 YEARS ON SUPERVISED RELEASE

Type of Supervision:   SUPERVISED RELEASE      Date Supervision Commenced:   02/02/04

Assistant U.S. Attorney:   PAUL M. O'BRIEN            Defense Attorney:   MARY JO MIDDLEBROOKS

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | USE OF A CONTROLLED SUBSTANCE |
| GENERAL | POSSESSION OF A CONTROLLED SUBSTANCE |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on   09-01-05

⬥Prob 12C
(Rev. 12/04)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 08/25/05 _____

_____
U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No action.

[X] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

_James D. Todd_
Signature of Judicial Officer

31 August 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 208 in case 1:00-CR-10005 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT