IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 00cr10005-T |
| SHARON MITCHELL, | ) |
| Defendant. | ) |

## UNITED STATES' MOTION TO AMEND CONDITION OF RELEASE

COMES NOW, the United States of America, by and through Lawrence Laurenzi, Acting United States Attorney, and James W. Powell, Assistant United States Attorney for the Western District of Tennessee, and moves this Honorable Court as follows:

Pursuant to the attached letter from the United States Probation Office regarding the supervision of Nancy Sharon Mitchell, the government requests the Court grant the request contained therein and remove the bond condition of daily drug screening as previously ordered by Magistrate Judge Anderson.

THEREFORE, for the grounds set forth in the attached letter from U.S.P.O. Mark Escue, the government respectfully requests that the defendants' bond condition of daily drug screening be removed.

Respectfully submitted,

LAWRENCE LAURENZI
Acting United States Attorney

**MOTION GRANTED**
DATE: 21 October 2005

_James D. Todd_
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-25-05

JAMES W. POWELL
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
Tennessee Bar No. 9614

CERTIFICATE OF SERVICE

I, James W. Powell, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing has been delivered to Mr. Jon York, Counsel for the defendant, at his business address at Jackson, Tennessee

James W. Powell
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF TENNESSEE
PROBATION OFFICE

ANNA B. WELLS
CHIEF U.S. PROBATION OFFICER
ROOM 234
167 NORTH MAIN
MEMPHIS, TN 38103
901-495-1400

REPLY TO: JACKSON TN

MARK ALAN ESCUE
U.S. PROBATION OFFICER
101 ED JONES FEDERAL BUILDING
109 SOUTH HIGHLAND AVENUE
JACKSON, TN 38301
PHONE: 731-421-9241
FAX: 731-421-9282
Mark_Escue@tnwd.uscourts.gov

October 21, 2005

James W. Powell
Asst. United States Attorney
3rd Floor, Federal Building
109 S. Highland Avenue
Jackson, TN 38301

RE: **MITCHELL, Nancy Sharon**
WD/TN Case no. 1: 00CR10005-003
Request for motion

Dear Mr. Powell:

On September 6, 2005, Nancy Sharon Mitchell was arrested by the U.S. Marshals Service pursuant to a warrant issued by the Honorable James D. Todd, Chief U.S. District Court Judge, charging a violation of her supervised release. At her detention hearing held on September 9, 2005, U.S. Magistrate Judge S. Thomas Anderson ordered that Ms. Mitchell be released on a personal recognizance bond pending a final revocation hearing before Judge Todd, and additionally ordered that our office conduct *daily* drug screening of this individual (excluding weekends) and report any positive testing results to the Court.

At her sentencing on July 21, 2000, Judge Todd ordered Nancy Sharon Mitchell to participate as directed in a program (outpatient and/or inpatient) approved by the Probation Officer for testing and treatment of narcotic addiction or drug or alcohol dependency. It has become a financial burden for our office to conduct *daily* drug screening of Ms. Mitchell, and additionally, results of current urine specimens will likely not be received by our office prior to her final revocation hearing scheduled on November 9, 2005. I am requesting that you file a motion to remove the bond condition of daily drug screening as ordered by Judge Anderson, citing the two reasons stated in the preceding sentence. Removal of this bond condition would not negate the original special drug screening condition of supervised release ordered by Judge Todd.

Sincerely,

Mark Alan Escue
U.S. Probation Officer

Approved:

Len J. LaRose
U.S. Probation Officer-in-Charge

MAE:mae

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 222 in case 1:00-CR-10005 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT