

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                         Cr. No.1:00-10005-03-T

SHARON MITCHELL

### JUDGMENT ON SUPERVISED RELEASE VIOLATION

This cause came to be heard on November 9, 2005, Assistant U. S. Attorney Jerry Kitchen, representing the government, and the defendant appeared in person and with counsel, Jon York, who was appointed and admits to the allegations set forth in the Supervised Release Violation Petition. After questioning the defendant, hearing statements of counsel, the Court finds the defendant guilty as charged in the Supervised Release Violation Petition.

IT IS THEREFORE ORDERED that the defendant has violated the terms of her supervised release and that she be sentenced to the custody of the Bureau of Prisons for a period of **Six (6) MONTHS** with no further supervision.

The defendant is allowed to remain on her present bond.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 10 November 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-10-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 224 in case 1:00-CR-10005 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT