IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                              CR NO. 1:00-10005-02-T

SHARON MITCHELL

## ORDER TO SURRENDER

Defendant, Sharon Mitchell, #17218-076, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the Court to report to the designated institution at her own expense, is hereby ordered to surrender herself to the Bureau of Prisons by reporting to:   Lexington FMC SCP, 3301 Leestown Road, Lexington, KY 40511; telephone no. 859-255-6812, no later than 12:00 Noon on Thursday, December 29, 2005.

It is further ordered that upon receipt of a copy of this order, the defendant shall sign and return the copy, to acknowledge receipt of said order and that she will report as directed to the above named institution.

IT IS ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 30 November 2005

ACKNOWLEDGMENT TO BE SIGNED BY THE DEFENDANT: I agree to report as directed in the above order and understand that if I fail to so report, I may be cited for contempt of court and if convicted, may be punished by imprisonment or fine or both.

_____                    _____
Date                                                                          Defendant Signature

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___12-00-05___



# Notice of Distribution

This notice confirms a copy of the document docketed as number 226 in case 1:00-CR-10005 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT